**Order entered July 26, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00954-CV

## IN THE MATTER OF THE MARRIAGE OF LORIE RUTH BAKER AND GREGORY JOSEPH FINSTER

**On Appeal from the 256th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-17-13669**

## ORDER

As ordered by this Court, appellant filed a paper copy of his amended brief on July 17, 2019. The following day, this Court inadvertently sent appellant a postcard notice requesting that he file a corrected brief that complies with certain technical requirements. By order dated July 19, 2019, we instructed appellant to disregard this notice.

Before the Court is appellant's July 22, 2019 amended motion for an extension of time to file the requested amended brief. Because we informed appellant in our July 19th order that no amended brief is necessary, we **DENY** the amended motion as moot.

/s/     ERIN A. NOWELL
        JUSTICE